Janet Meerbott
21 Quince Court
Lawrenceville, NJ 08648

February 10, 2011

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Pickard, Trustee
c/ Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

RECEIVED FEB 1 4 2011 U.S. BANKRUPTCY COURT, SDNY

Re: Bernard L. Madoff Investment Securities, LLC

Dear Sir:

In response to your Summons and Notice of Pretrial Conference in an Adversary Proceeding, I wish to inform you that I contributed the following amounts to the 61 Associates' investment in the Bernard L. Madoff Investment Securities:

> 1999 - $20,000
>
> 2005 - $15,000
>
> 2006 - $10,000

I have never made any withdrawals and should not be classified as a distributee. I therefore respectfully request that I be omitted from the list of plaintiffs.

Thank you for your consideration in this matter. I can be reached at the address above or by my cell phone – 732 859-7624.

Sincerely,

Janet Meerbott